IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **11-cv-197-JLK-KLM**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**$99,560.00 IN UNITED STATES CURRENCY,**

    Defendant.

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**Kane, J.**

Pursuant to 28 U.S.C. §636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b), United States Magistrate Judge Kristin L. Mix is designated to conduct proceedings in this civil action for all purposes.

Dated: January 27, 2011

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT