IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00197-JLK-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,

        Defendant.

---

**WARRANT FOR ARREST OF PROPERTY *IN REM***

---

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

        PURSUANT to the Order for Warrant for Arrest of Property *In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the defendant property described in the Verified Complaint for Forfeiture *In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court; and

        TO PROMPTLY make your return of this Warrant with the Court.

        DONE at Denver, Colorado, this 28th day of January, 2011.

                              GREGORY C. LANGHAM
                              Clerk of the United States District Court

                              By: _____
                                    Deputy Clerk