IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,

       Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF**

---

       COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture counsel for the above-named Plaintiff.

       DATED at Denver, Colorado, this 23rd day of March, 2011.

       Respectfully submitted,

       JOHN F. WALSH
       United States Attorney


By: s/ ***Tonya S. Andrews***
       TONYA S. ANDREWS
       Assistant United States Attorney
       United States Attorney's Office
       1225 17th Street, Suite 700
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       Fax: (303) 454-0402
       E-mail: Tonya.Andrews@usdoj.gov