IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

      Defendants.

_____

**AMENDED WARRANT FOR ARREST OF PERSONAL PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED
LAW ENFORCEMENT OFFICER:

PURSUANT to the Amended Order for Warrant for Arrest of Personal Property *In Rem*

issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as

practicable, the defendant personal property described in the Verified Complaint for Forfeiture *In*

*Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your

custody until further order of this Court; and

TO PROMPTLY make your return of this Warrant with the Court.

DONE at Denver, Colorado, this ____ day of _____, 2011.

                    GREGORY C. LANGHAM
                    Clerk of the United States District Court

                    By: _____
                        Deputy Clerk