INDEX AS: Virginia and Alfonso Roacho, Grantors, and United States of America, Grantee

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

        Defendants.

**NOTICE OF LIS PENDENS**

NAME OF PURPORTED RECORD TITLE OWNERS: Virginia and Alfonso Roacho

PLEASE TAKE NOTICE that the United States of America, as plaintiff, filed an Amended Verified Complaint for Forfeiture against the below-described real property, in which the United States seeks a judgment and final order of forfeiture pursuant to 21 U.S.C. §881, forfeiting to the United States all right, title, and interest in and to the below-described real property:

Real Property located at 4922 Barnstormer's Avenue, Colorado Springs, Colorado, which is more fully described as:  Lot 1, Barnstormer's Landing

Filing No. 1, County of El Paso, State of Colorado.

DATED this 23rd day of March, 2011.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney


By: s/ *Tonya S. Andrews*
                TONYA S. ANDREWS
                Assistant United States Attorney
                1225 17th Street, Suite 700
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                FAX: (303) 454-0402
                E-mail: Tonya.Andrews@usdoj.gov
                Attorney for Plaintiff