INDEX AS: Alfonso and Virginia Roacho, Grantors, and United States of America, Grantee

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

    Defendants.

**NOTICE OF LIS PENDENS**

NAME OF PURPORTED RECORD TITLE OWNERS: Alfonso and Virginia Roacho

PLEASE TAKE NOTICE that the United States of America, as plaintiff, filed an Amended Verified Complaint for Forfeiture against the below-described real property, in which the United States seeks a judgment and final order of forfeiture pursuant to 21 U.S.C. §881, forfeiting to the United States all right, title, and interest in and to the below-described real property:

Real Property located at 4636 Skylark Road, Colorado Springs,

Colorado which is more fully described as: Lot 21, Miller's

Crossing Filing No. 3, County of El Paso, State of Colorado.

DATED this 23rd day of March, 2011.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney


By: s/ *Tonya S. Andrews*
        TONYA S. ANDREWS
        Assistant United States Attorney
        1225 17th Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        FAX: (303) 454-0402
        E-mail: Tonya.Andrews@usdoj.gov
        Attorney for Plaintiff