IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

    Defendants.

---

**WRIT OF ENTRY**

---

TO: UNITED STATES MARSHALS SERVICE OR ITS REPRESENTATIVE - GREETINGS:

Based upon the Amended Verified Complaint for Forfeiture *In Rem* filed herein against the following defendant real properties and the United States' Application for Writ of Entry:

    a.    4922 Barnstormer's Avenue, Colorado Springs, Colorado, which is more fully described as Lot 1, Barnstormer's Landing Filing No. 1, County of El Paso, State of Colorado,

    b.    4636 Skylark Road, Colorado Springs, Colorado, which is more fully described as: Lot 21, Miller's Crossing Filing No. 3, County of El Paso, State of Colorado; and

The Court being satisfied that it has jurisdiction over the defendant properties, and that there is probable cause to believe the defendant real properties is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881; and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 983(j) and 18 U.S.C. § 985(b)(2) authorizing it to enter the defendant real properties including any structures, for the purpose of conducting an inspection and inventory of the properties and, as provided in 19 U.S.C. § 1606, to conduct appraisals; and

The United States having not requested authority to seize the defendant real properties at this time but having stated in its Application for Writ of Entry that it will post notice of the Complaint for Forfeiture *In Rem* in a conspicuous place on defendant real properties and serve notice of this action and a copy of the Complaint on the owner(s) of the defendant real property under 18 U.S.C. § 985(c)(1) and (3), and Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(4);

IT IS ORDERED that the United States Marshals Service or its designee, is hereby authorized to:

1. enter the defendant real properties, including any structures, on one or more occasions during the pendency of this forfeiture action against the defendant real properties, for the purpose of conducting an inspection, inventory, and appraisal of the defendant real properties; and

2. be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real properties pursuant to 19 U.S.C. § 1606, which appraisals may include, among other means, still and video photography; and

3. be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real properties, which inspection and inventory may include, among other means, still and video photography; and

4. be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

DONE at Denver, Colorado, this _____ day of _____, 2011.

BY THE COURT:


_____
UNITED STATES MAGISTRATE JUDGE