U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF United States of America | COURT CASE NUMBER 11-cv-00197-JLK-KLM |
| DEFENDANT $99,560.00 in United States Currency, et al. | TYPE OF PROCESS Execute Amended Warrant for Arrest |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

**SERVE AT**

All funds held in ENT Federal Credit Union Bank Account #22825

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| United States Attorney's Office ATTN: Asset Forfeiture Unit 1225 17th Street, Suite 700 Denver, Colorado 80202 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please execute the attached Amended Warrant for Arrest by seizing defendant All funds held in ENT Federal Credit Union Bank Account #22825

CATS # 10-DEA-

| Signature of Attorney other Originator requesting service on behalf of: *Martha Palber* | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 303-454-0100 | DATE 3/29/11 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
| | 1 | No. 13 | No. 13 | | 3-29-11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) Jan Newville | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
| Address (complete only different than shown above) Ent Federal Credit Union 7250 Campus Drive Colorado Springs, Colorado | Date 2-30-11 | Time 2:30 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |

REMARKS: Warrant executed against bank account 22825 and $130,839.31 seized -

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00