IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

       Defendants.

## NOTICE OF COMPLAINT FOR FORFEITURE AGAINST REAL PROPERTY

THE UNITED STATES OF AMERICA, by and through John F. Walsh, United States Attorney for the District of Colorado, and Assistant United States Attorney Martha A. Paluch, states:

THAT on March 23, 2011, the United States of America filed an Amended Verified Complaint for Forfeiture *In Rem* pursuant to 21 U.S.C. § 881 for the forfeiture of the defendant properties.

THAT interested parties must be provided with an opportunity to be heard in opposition to the civil complaint for forfeiture pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Federal Rules of Civil Procedure.  Any person claiming or asserting an interest in the above-described real property must file his Verified Claim, pursuant to Supplemental Rule G(5) and 18 U.S.C. § 983, with the Clerk of the United States District Court, at Denver, Colorado, within thirty-five (35) days after the date of this notice, or by May 6, 2011.

Your Answers to the Complaint must be filed within twenty-one (21) days after the filing of your Verified Claim. Copies of these documents must be provided to the undersigned Assistant United States Attorney. Unless all interested parties file their Verified Claim and Answers within the specified time, a default pursuant to Fed.R.Civ.P. 55 will be noted and forfeiture will be sought of the interest in the defendant real property following completion of notice by publication.

THAT additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619 and at 28 C.F.R. § 9.

Dated this 1st day of April, 2011.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By: s/ *Martha A. Paluch*
    MARTHA A. PALUCH
    Assistant United States Attorney
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    FAX: (303) 454-0402
    E-mail: Martha.Paluch@usdoj.gov
    Attorney for Plaintiff