IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

       Defendants.

---

## NOTICE OF ARREST AND PROCEDURE

---

THE UNITED STATES OF AMERICA, by and through John F. Walsh, United States

Attorney for the District of Colorado, and Assistant United States Attorney Martha A. Paluch, states:

THAT on March 23, 2011, the United States of America filed an Amended Verified

Complaint for Forfeiture *In Rem* pursuant to 21 U.S.C. § 881 for the forfeiture of the defendant

properties.

THAT the United States Marshals Service has executed an Amended Warrant of Arrest of

Property *In Rem* against the defendant personal property.

THAT interested parties must be provided with an opportunity to be heard in opposition to

the civil complaint for forfeiture pursuant to the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions and the Federal Rules of Civil Procedure.  Any persons

claiming or asserting an interest in the above-described personal property must file their Claims

pursuant to Supplemental Rule G(5) with the Clerk of the United States District Court, at Denver,

Colorado, within thirty-five (35) days after the date of this notice, or by May 6, 2011. Their Answers

to the Complaint must be filed within twenty-one (21) days after filing their Claim.  Copies of these

documents must be provided to the undersigned Assistant United States Attorney.  Unless all

interested parties file their Claims and Answers within the specified time, a default pursuant to

Fed.R.Civ.P. 55 will be noted and forfeiture will be sought of the interest in the defendant personal

property.

      DATED this 1st day of April, 2011.

      Respectfully submitted,

      JOHN F. WALSH
      United States Attorney

By: s/ *Martha A. Paluch*
      MARTHA A. PALUCH
      Assistant United States Attorney
      1225 17th Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      FAX: (303) 454-0402
      E-mail: Martha.Paluch@usdoj.gov
      Attorney for Plaintiff