IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

       Defendants.

## CERTIFICATE OF SERVICE - CLAIMANTS

I hereby certify that on this 1st day of April, 2011, true copies of the NOTICE OF ARREST AND PROCEDURES, AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, AMENDED ORDER FOR WARRANT FOR ARREST OF PROPERTY IN REM, AMENDED WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested to:

Alfonso Roacho
4922 Barnstormer's Avenue
Colorado Springs, Colorado 80911

Virginia Roacho
4922 Barnstormer's Avenue
Colorado Springs, Colorado 80911

A&A Stucco
5605 East Pike Peaks Avenue
Colorado Springs, Colorado 80916

and a courtesy copy of the same mailed, postage prepaid, to:

Richard Bednarski, Esq.
104 South Cascade, Ste. 200
Colorado Springs, Colorado 80903
*Counsel for Alfonso Roacho*

                                                  s/ Raisa Vilensky
                                                  FSA Data Analyst
                                                  Office of the United States Attorney