IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

        Defendants.

## CERTIFICATE OF SERVICE - LIENHOLDER

I hereby certify that on this 1st day of April, 2011, true copies of the NOTICE TO LIENHOLDER OF EXPEDITED SETTLEMENT PROCEDURES, AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, NOTICE OF COMPLAINT FOR FORFEITURE AGAINST REAL PROPERTY, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested, to:

Ent Federal Credit Union
7250 Campus Drive
Colorado Springs, Colorado 80911

                                              s/ Raisa Vilensky
                                              FSA Data Analyst
                                              Office of the United States Attorney