IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUES, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

        Defendants.

---

### ANSWER AND CLAIM OF ENT FEDERAL CREDIT UNION

COMES NOW, Ent Federal Credit Union, by and through its counsel, Susemihl, McDermott & Cowan, P.C., and for its answer to the Complaint states and alleges as follows:

### ANSWER

1.    Defendant admits the allegations of Paragraphs 1 and 2.

2.    Defendant claims no interest in the accounts set forth in Paragraphs 3.b and 3.c.

3.    With regard to Paragraph 3.d Defendant admits that it has a recorded first deed of trust against said property which is a superior lien to the claims of the Plaintiff and that this deed of trust secures a promissory note which now has a principal balance $195,142.39 and continues to bear interest at 3.875%.

4.    With regard to Paragraph 3.e Defendant admits that it has a recorded first deed of trust against said property which is a superior lien to the claims of the Plaintiff and that this deed of trust secures a promissory note which now has a principal balance $138,461.42 and continues to bear interest at 5.875%.

1

5. The Defendant does not possess any knowledge of the alleged illegal activities of Alfonso Roacho, Virginia Roacho, and others nor of the other allegations of the Complaint, and therefore denies the same.

## CLAIM OF ENT FEDERAL CREDIT UNION

Ent Federal Credit Union, Mortgagee, by and through its counsel, Susemihl, McDermott & Cowan, P.C., and for the reasons set forth herein, claims an interest in the two properties described in Paragraphs 3.d and 3.e of the Amended Verified Complaint which are described as (1) Lot 1, Barnstormer's Landing Filing No. 1, County of El Paso, State of Colorado and known as 4922 Barnstormer's Avenues, Colorado Springs, Colorado 80911, and described as (2) Lot 21, Miller's Crossing Filing No. 3, County of El Paso, State of Colorado and known as 4636 Skylark Road, Colorado Springs, Colorado 80916.

1. On August 15, 2006 Alfonso Roacho and Virginia Roacho executed and delivered to Ent Federal Credit Union their promissory note ("Note") in the principal amount of $210,552.82 which Note is secured by a deed of trust and which was modified on March 20, 2009. The note requires monthly principal and interest payments (including insurance and tax escrow) in the amount of $1,283.06 and there is currently a loan payoff amount of approximately $196,502.98 plus interest accruing at the rate of 3.875% and copies of the Note and deed of trust are attached. Currently this loan is not in default. The deed of trust was recorded in the records of El Paso County on August 17, 2006 under reception number 206121461 and the modification was recorded on August 26, 2009 at reception number 209101290.

2. On May 28, 2008 Alfonso Roacho and Virginia Roacho executed and delivered to Ent Federal Credit Union their promissory note ("Note") in the principal amount of $148,800 which Note is secured by a deed of trust. The note requires monthly principal and interest payments (including insurance and tax escrow) in the amount of $1,026.77 and there is currently a loan payoff amount of approximately $138,461.42 plus interest accruing at the rate of 5.875% and copies of the Note and deed of trust are attached. Currently this loan is not in default. The deed of trust was recorded in the records of El Paso County on May 29, 2008 at reception number 208060622.

3. Ent Federal Credit Union acquired its security interest in the properties as a result of loan transactions with Alfonso Roacho and/or Virginia Roacho.

4. Pursuant to Title 18, United States Code, 18 U.S.C. 983(d)(1) and (2)(A)(i), Ent Federal Credit Union is an innocent lien holder in that it had no knowledge of the conduct giving rise to forfeiture.

WHEREFORE, Ent Federal Credit Union requests relief in this action in the form of payment of the amounts due and owing on the Notes and Deed of Trust described herein.

Dated this 18th day of April 2011.

Respectfully submitted,

SUSEMIHL, MCDERMOTT & COWAN, P.C.

BY: */s/ Peter M. Susemihl*
    Peter M. Susemihl (#494)
    660 Southpointe
    Suite 210
    Colorado Springs, CO  80906
    (719) 579=-6500
    psusemihl@smmclaw.com

## DECLARATION

I, Casey Perkins, am the Director of Collections for Ent Federal Credit Union, and I am authorized to make this declaration on its behalf.

I have read the foregoing claim of Ent Federal Credit Union and know the contents thereof.

I am informed and believe that the matters stated are true and on that basis I declare under penalty of perjury that the foregoing is trud and correct.

Executed this 18th  day of April 2011 at Colorado Springs, Colorado.

    */s/ Casey Perkins*
    Casey Perkins

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Ent Federal Credit Union   (Mail)
7250 Campus Drive
Colorado Springs, CO 80911

*/s/ Peter M. Susemihl*_____
Peter M. Susemihl (#494)
*Attorney for Ent Federal Credit Union*
Susemihl, McDermott & Cowan, P.C.
660 Southpointe Court, Suite 210
Colorado Springs, CO 80906
Voice:  (719) 579-6500
Fax:  (719) 579-9339
psusemihl@smmclaw.com

4