IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

      Defendants,

and

ENT FEDERAL CREDIT UNION,

      Claimant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court *sua sponte*.  Due to the appearance of a Claimant [Docket No. 22],

      IT IS HEREBY **ORDERED** that a Status Conference is set for **June 22, 2011 at 9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The purpose of the Status Conference is to discuss the setting of case deadlines and whether the parties anticipate the necessity of discovery.  The parties may participate telephonically by conferencing together on a single line and contacting the Court at **(303) 335-2770.**

      Dated:  April 25, 2011