**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,

ALL FUNDS HELD IN ENT FEDERAL CREDIT
UNION BANK ACCOUNT #22825,

ALL FUNDS HELD IN ENT FEDERAL CREDIT
UNION BANK ACCOUNT #480822,

4922 BARNSTORMER'S AVENUE,
COLORADO SPRINGS, COLORADO, and

4363 SKYLARK ROAD,
COLORADO SPRINGS, COLORADO

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR CLAIMANT**

    COMES NOW Brian K. Holland of Recht Kornfeld, P.C., hereby enters his appearance as counsel for Claimant, Virginia Roacho in the above-named matter.

    DATED at Denver, Colorado, this 28th day of April, 2011.

Respectfully submitted,

**RECHT KORNFELD, P.C**.

s/Brian K. Holland
Brian K. Holland
1600 Stout Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 573-1900
Fax:  (303) 446-9400
brian@rechtkornfeld.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2011, I electronically filed the foregoing **Notice of Entry of Appearance of Counsel for Claimant** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/Beth Elvig
Beth Elvig