IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,

ALL FUNDS HELD IN ENT FEDERAL CREDIT
UNION BANK ACCOUNT #22825,

ALL FUNDS HELD IN ENT FEDERAL CREDIT
UNION BANK ACCOUNT #480822,

4922 BARNSTORMER'S AVENUE,
COLORADO SPRINGS, COLORADO, and

4363 SKYLARK ROAD,
COLORADO SPRINGS, COLORADO

    Defendants.

---

## VERIFIED CLAIM FOR SEIZED PROPERTY

Virginia Roacho, who resides at 4922 Barnstormer's Avenue, Colorado Springs, Colorado, hereby makes claim to the Defendant property to wit:  $99,560.00 in United States currency, 4922 Barnstormer's Avenue, Colorado Springs, Colorado, 4636 Skylark Road, Colorado Springs, Colorado and all funds held in Ent Federal Credit Union Bank account numbers 22825 and 480822.

I.

Virginia Roacho has the right to make this claim by virtue of the following facts:  1) she owns 4922 Barnstormer's Avenue, Colorado Springs, Colorado with Alfonso Roacho as husband

1

and wife; 2) she owns the real property where the $99,560.00 was seized, with Alfonso Roacho as husband and wife, and has an ownership interest in all property located in the marital home; 3) she owns 4636 Skylark Road, Colorado Springs, Colorado with Alfonso Roacho as husband and wife; and, 4) she is a joint account holder with Alfonso Roacho of Ent Federal Credit Union Bank account numbers 22825 and 480822 and has an ownership interest in all funds seized from these accounts.

## II.

The property should be returned to Claimant for the reason that said property was not and is not subject to seizure or forfeiture pursuant to Title 21, United States Code, §881(a)(4), (6), and (7). Claimant would further show that:

(1) no probable cause existed for the seizure of such property and such property was unlawfully seized,

(2) she is an innocent owner of the defendant property without knowledge of the government's claimed prohibited use of the property,

(3) this punitive forfeiture is constitutionally excessive in violation of the Excessive Fines Clause, and

(4) this seizure violates the Due Process Clause of the United States Constitution.

## III.

To satisfy the standing requirements to support her claim, Claimant states as follows:

1. The $99,560.00 in United States currency was seized from the home owned by Virginia Roacho and Alfonso Roacho as husband and wife.

2. 4922 Barnstormer's Avenue, Colorado Springs, Colorado is owned by Virginia

2

Roacho and Alfonso Roacho as husband and wife.

3. 4636 Skylark Road, Colorado Springs, Colorado is owned by Virginia Roacho and Alfonso Roacho as husband and wife.

4. The funds seized from Ent Federal Credit Union Bank account numbers 22825 and 480822 are owned by Virginia Roacho and Alfonso Roacho as husband and wife.

**WHEREFORE**, Virginia Roacho requests that the defendant property be returned to her.

<u>Verification</u>

STATE OF COLORADO )
) ss.
COUNTY OF DENVER )

I, Virginia Roacho, reside in Colorado Springs, Colorado, and declare under penalty of perjury that I have an interest in the property seized in the matter to wit: $99,560.00 in United States currency, 4922 Barnstormer's Avenue, Colorado Springs, Colorado, 4636 Skylark Road, Colorado Springs, Colorado, and all funds held in Ent Federal Credit Union Bank account numbers 22825 and 480822, and that I have the right to defend this action.

_/s/ Virginia Roacho_
Virginia Roacho

Subscribed and sworn to before me by Virginia Roacho on this 27th day of April, 2011.

_/s/_
NOTARY PUBLIC

My commission expires: 5/30/12

Dated this 27th day of April, 2011.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

s/Brian K. Holland
Brian K. Holland
1600 Stout Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 573-1900
brian@rechtkornfeld.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2011, I electronically filed the foregoing **Claim for Seized Property** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/Beth Elvig
Beth Elvig