**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO, and
4363 SKYLARK ROAD, COLORADO SPRINGS, COLORADO

      Defendants,

and

ENT FEDERAL CREDIT UNION,

      Claimant,

VIRGINIA ROACHO,

      Claimant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

      Claimant, Virginia Roacho, by and through her attorney, Brian K. Holland hereby moves this Court for additional time, up to and including June 22, 2011, to file her answer in this matter. As grounds, Defendant states:

      1.      The amended complaint (Doc 7) was filed with the Court on March 23, 2011.

      2.      Claimant, Virginia Roacho, filed her Verified Claim to Seized Property (Doc 26) on April 28, 2011.

3. Claimant, Virginia Roacho's Answer is to be filed with the Court by May 19, 2011.

4. A status conference is set for June 22, 2011 at 9:00 a.m.

5. Counsel for Ms. Roacho has conferred with Assistant United States Attorney Martha Paluch who has no objection to the requested extension of time.

WHEREFORE, Claimant, Virginia Roacho, requests this Honorable Court order an extension of time, up to and including June 22, 2011 to file her answer.

Dated this 17th day of May, 2011.

>Respectfully submitted,
>
>**RECHT KORNFELD, P.C**.
>
>s/Brian K. Holland
>Brian K. Holland
>1600 Stout Street, Suite 1000
>Denver, Colorado 80202
>Telephone: (303) 573-1900
>Fax: (303) 446-9400
>brian@rechtkornfeld.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2011, I electronically filed the foregoing **Unopposed Motion for Extension of Time to File Answer** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/Beth Elvig
Beth Elvig