IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

    Defendants,

and

ENT FEDERAL CREDIT UNION, and
VIRGINIA ROACHO,

    Claimants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Claimant Virginia Roacho's **Unopposed Motion for Extension of Time to File Answer** [Docket No. 30; Filed May 17, 2011] (the "Motion"). Claimant Roacho's proposed extension corresponds with the date of the Status Conference, which is set for June 22, 2011 at 9:30 a.m. [Docket No. 24].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Claimant Roacho shall answer or otherwise respond to the Amended Complaint [Docket No. 7] on or before **June 22, 2011**.

    Dated: May 19, 2011