**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO, and
4363 SKYLARK ROAD, COLORADO SPRINGS, COLORADO

      Defendants,

and

ENT FEDERAL CREDIT UNION,

      Claimant,

VIRGINIA ROACHO,

      Claimant.

---

**NOTICE OF STATUS AND UNOPPOSED MOTION TO VACATE STATUS
HEARING AND FILING DATE**

---

      Virginia Roacho, by and through her attorney, Brian K. Holland, hereby moves this Honorable Court to allow the filing of this notice of status and to vacate the status hearing date on June 22, 2011 on the following grounds,

      1.      Counsel for Ms. Roacho, and the Government have met and exchanged information in an effort to settle this matter.  They are scheduled to meet again on June 22, 2011

for a settlement conference after exchanging additional information.  The parties agree that ENT Federal Credit Union is not required to participate in the proposed settlement conference on June 22, 2011.

2.	Counsel for the Government, Tonya Andrews and Counsel for ENT Federal Credit Union, Pete Susmill, have no objections to the filing of this Notice of Status and Motion to Vacate Status Hearing and Filing Date.

3.	It is in the best interest of the parties and the efficiency of the Court to allow the parties this opportunity to attempt a settlement.  Therefore, Ms. Roacho respectfully requests that the Court accept this notice of status, vacate the hearing date set on June 22, 2011 and allow Ms. Roacho to and including July 22, 2011 to file her answer, should the parties not reach a settlement.

Dated this 9th day of June, 2011.

Respectfully submitted,

**RECHT KORNFELD, P.C**,

s/Brian K. Holland
Brian K. Holland
1600 Stout Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 573-1900
Fax:  (303) 446-9400
brian@rechtkornfeld.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2011, I electronically filed the foregoing **Unopposed Motion for Extension of Time to File Answer** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


s/Michael Shomler
Michael Shomler