IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

      Defendants,

and

ENT FEDERAL CREDIT UNION, and
VIRGINIA ROACHO,

      Claimants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Claimant Virginia Roacho's **Notice of Status and Unopposed Motion to Vacate Status Hearing and Filing Date** [Docket No. 33; Filed June 9, 2011] (the "Motion").  Pending settlement discussions with Plaintiff, Claimant Roacho seeks an extension of time to file her Answer and to have the Status Conference reset.  Neither Plaintiff nor Claimant ENT Federal Credit Union oppose the requested relief.

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Claimant Roacho shall answer or otherwise respond to the Amended Complaint [Docket No. 7] on or before **July 22, 2011**.

      IT IS FURTHER **ORDERED** that the Status Conference set for June 22, 2011 at 9:30 a.m. is **vacated** and **RESET** to **August 10, 2011 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The purpose of the Status Conference is to discuss the setting of case deadlines and whether the parties anticipate the necessity of discovery.  The parties may participate

telephonically by conferencing together on a single line and contacting the Court at **(303) 335-2770.**

Dated:  June 10, 2011