IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO, and
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

    Defendants.
_____

## NOTICE OF PUBLICATION
_____

I hereby certify that a Notice of Forfeiture Action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning April 15, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as evidenced by Attachment I- Notice of Forfeiture Action and Advertisement Certification Report.

DATED this 20th day of June, 2011.

                                        Respectfully submitted,

                                        JOHN F. WALSH
                                        United States Attorney

                                By: s/ Tonya S. Andrews
                                        Tonya S. Andrews
                                        Assistant United States Attorney
                                        1225 17th Street, Suite 700
                                        Denver, Colorado  80202
                                        Phone:  (303) 454-0100
                                        Fax: (303) 454-0402
                                        E-mail: Tonya.Andrews@usdoj.gov
                                        Attorney for Plaintiff