IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO, and
4363 SKYLARK ROAD, COLORADO SPRINGS, COLORADO

      Defendants,

and

ENT FEDERAL CREDIT UNION,

      Claimant,

VIRGINIA ROACHO,

      Claimant.

## MOTION TO RESET STATUS CONFERENCE

Claimant, Virginia Roacho, by and through her counsel, Brian K. Holland, hereby moves this Court to reset the Status Conference set on August 10, 2011 to August 17, 2011, on the following grounds:

    1.    Counsel for Ms. Roacho is set to be out of town on August 10, 2011.

    2.    No party is prejudiced by resetting the Status Conference for a period of one week.

WHEREFORE, it is respectfully requested this Honorable Court reset the Status Conference in this matter on August 17, 2011 or a date convenient with the Court.

Dated this 14th day of June, 2011.

        Respectfully submitted,

        **RECHT KORNFELD, P.C**.

        s/Brian K. Holland
        Brian K. Holland
        1600 Stout Street, Suite 1000
        Denver, Colorado 80202
        Telephone: (303) 573-1900
        Fax:  (303) 446-9400
        brian@rechtkornfeld.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2011, I electronically filed the foregoing **Motion to Reset Status Conference** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/Beth Elvig
Beth Elvig