IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

    Defendants,

and

ENT FEDERAL CREDIT UNION, and
VIRGINIA ROACHO,

    Claimants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Claimant Virginia Roacho's **[Second] Motion to Reset Status Conference** [Docket No. 39; Filed June 20, 2011] (the "Motion"). As a preliminary matter, the Motion fails to contain a certification that Claimant Roacho conferred with the other parties pursuant to D.C.COLO.LCivR 7.1A. However, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**. The Status Conference set for August 10, 2011 at 10:00 a.m. is **vacated**. However, the date proposed by Claimant Roacho is not available on the Court's calendar. As such, the Court *sua sponte* **RESETS** the conference to **August 18, 2011 at 9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties may participate telephonically by conferencing together on a single line and contacting the Court at **(303) 335-2770.** Future motions must comply with the Local Rules or they will be summarily denied.

    Dated: June 20, 2011