**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO, and
4363 SKYLARK ROAD, COLORADO SPRINGS, COLORADO

    Defendants,

and

ENT FEDERAL CREDIT UNION,

    Claimant,

VIRGINIA ROACHO,

    Claimant.

---

**NOTICE OF SETTLEMENT**

---

    Claimant, Virginia Roacho, by and through her attorney, Brian K. Holland, hereby notifies the Court that the parties have reached a settlement of this matter pursuant to the attached signed Settlement Agreement. As a result, Ms. Roacho will not file an answer to the Amended Complaint on or before July 22, 2011 as required by the Minute Order filed June 10, 2011 (Doc 36).

Dated this 18th day of July, 2011.

        Respectfully submitted,

        **RECHT KORNFELD, P.C**,

        s/Brian K. Holland
        Brian K. Holland
        1600 Stout Street, Suite 1000
        Denver, Colorado 80202
        Telephone: (303) 573-1900
        Fax:  (303) 446-9400
        brian@rechtkornfeld.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July, 2011, I electronically filed the foregoing **Notice of Settlement** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

s/Beth W. Elvig
Beth W. Elvig