IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

Defendants.

---

SETTLEMENT AGREEMENT

---

COMES NOW the United States through United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, claimant Virginia Roacho through counsel Brian K. Holland, Esq., claimant Ent Federal Credit Union through counsel Peter M. Susemihl (collectively, "the Parties"), and enter into the following Settlement Agreement:

1. The United States and Claimant Virginia Roacho agree that defendant $99,560.00 in United States Currency will be forfeited to the United States in its entirety, pursuant to 21 U.S.C. § 881.

2. The United States and Claimant Virginia Roacho agree that $56,839.31 of defendant All Funds Held in Ent Federal Credit Union Bank Account #22825 (totaling $130,839.31) will be forfeited to the United States pursuant to 21 U.S.C. § 881, and that

the remaining $74,000.00 will be returned to claimant Virginia Roacho, through Brian Holland, Esq. upon entry of a Final Order of Forfeiture for the forfeited property.

3. The United States and Claimant Virginia Roacho agree that defendant All Funds Held in Ent Federal Credit Union Bank Account #480822 (totaling $32,206.40) will be forfeited to the United States in its entirety, pursuant to 21 U.S.C. § 881.

4. The Parties agree that upon entry of a Final Order of Forfeiture for the forfeited property described above, the United States will record Releases of Lis Pendens in the property records of El Paso County, Colorado for defendants 4922 Barnstormer's Avenue and 4636 Skylark Road Colorado, and that the United States shall have no further interest in the defendant real properties.

5. The Parties acknowledge that the lien interest of claimant Ent Federal Credit Union under the terms of its recorded mortgages encumbering defendants 4922 Barnstormer's Avenue and 4636 Skylark Road Colorado shall remain in full force and effect, which liens shall be unaffected by these proceedings.

6. The Parties agree that this Settlement Agreement resolves all claims and issues between the claimants and the United States with respect to the defendant properties.

7. Any attorneys fees incurred by the Parties will be their sole responsibility and obligation.

8. The Parties forever and irrevocably release each other from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory, including but not limited to 18 U.S.C. § 983 and 28 U.S.C. § 2465, with respect to the property described herein, except for any civil tax

liability which the Parties understand must be handled between them and the Internal Revenue Service directly.

9. Claimant Virginia Roacho understands that federal law requires the Department of the Treasury to offset Federal payments to collect delinquent tax and non-tax debts owed to the United States, and to individual states (including past-due child support).

10. Should any other claims or answers be filed necessitating further administrative or judicial action regarding the defendant properties, the Parties agree to cooperate fully in the preparation for, handling of, and hearings or trials on such claim or answer, as determined by the United States.

11. This Settlement Agreement shall bind the agents, principles, affiliates, successors, assigns, personal representatives, heirs, attorneys of each of the parties to this Settlement Agreement.

12. The Parties agree that a Certificate of Reasonable Cause shall issue as to all of the defendant properties, pursuant to 28 U.S.C. § 2465.

Respectfully submitted this __ day of _______, 2011.

JOHN F. WALSH
United States Attorney

Dated: ____________

______________________________
TONYA S. ANDREWS
1225 17th Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail: tonya.andrews@usdoj.gov
*Counsel for Plaintiff the United States*

Dated: 7/18/11

BRIAN K. HOLLAND, ESQ.
1600 Stout Street, Ste. 1000
Denver, Colorado 80202
Telephone: (303) 573-1900
FAX: (303) 446-9400
E-mail: brian@rechtkornfeld.com
*Counsel for Claimant Virginia Roacho*

Dated: 7/18/11

VIRGINIA ROACHO
*Claimant*

Dated: ____________

PETER R. SUSEMIHL, ESQ.
660 Southpointe Court, #210
Colorado Springs, CO 80906
Telephone: (719) 579-6500
FAX: (719) 579-9339
Email: psusemihl@smmclaw.com
*Counsel for Claimant Ent Federal Credit Union*