IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

    Defendants,

and

ENT FEDERAL CREDIT UNION, and
VIRGINIA ROACHO,

    Claimants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Notice of Settlement filed by Claimant Virginia Roacho [Docket No. 42] which purports to inform the Court "that the parties have reached a settlement of this matter pursuant to the attached signed Settlement Agreement." *Notice* [#42] at 1. However, the attached Settlement Agreement [Docket No.42-1] has not been executed by Plaintiff or Claimant ENT Federal Credit Union and it is unclear whether these parties have agreed to settle the matter. Depending on the status of the case, the Status Conference set for August 10, 2011 at 10:00 a.m. may no longer be necessary. Accordingly,

    IT IS HEREBY **ORDERED** that on or before **July 29, 2011**, Plaintiff shall either file a Status Report addressing the current status of the case, including whether any parties have settled and whether case deadlines need to be set, **or** a Notice of Settlement which attaches a settlement agreement executed by all of the parties.

    Dated:  July 22, 2011