IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

    Defendants.

## UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America by and through Assistant United States Attorney Tonya S. Andrews, with the concurrence of claimants Virginia Roacho through counsel Brian K. Holland, Esq., and Ent Federal Credit Union through counsel Peter M. Susemihl, Esq. (collectively, "the Parties"), moves this Court to enter a Final Order of Forfeiture and Judgment in this case.  In support, the Plaintiff states:

    1.    The United States filed its Verified Complaint for Forfeiture *In Rem* against the defendant properties pursuant to 21 U.S.C. § 881, on January 26, 2011 (Doc. 1) and an Amended Verified Complaint on March 23, 2011.  (Doc. 7).

    2.    All known interested parties have received notice of this action, as evidenced by the Certificates of Service filed with the Court on April 1, 2011.  (Docs. 19 and 20)  Notice was further posted on an official government internet site

(www.forfeiture.gov) for at least 30 consecutive days, beginning April 15, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  (Doc. 38).

  3. On April 21, 2011, claimant Ent Federal Credit Union, through Peter M. Susemihl, filed a Claim and Answer claiming lienhold interest in defendants 4922 Barnstormer's Avenue and 4363 Skylark Road.  (Doc. 22).  On April 28, 2011, claimant Virginia Roacho filed a Verified Claim for all of the defendant property.  (Doc. 26).  No other individual or entity filed a requisite Claim, Answer, or any other documents, and thus, the only parties in this action are the United States, Ent Federal Credit Union, and Virginia Roacho.

  4. The Parties have reached a settlement resolving all issues in this civil forfeiture matter, and a Settlement Agreement is being filed contemporaneously herewith.  The terms agreed to by the Parties are, *inter alia*, as follows:

   a.  The United States and Claimant Virginia Roacho agree that defendant $99,560.00 in United States Currency will be forfeited to the United States in its entirety, pursuant to 21 U.S.C. § 881.

   b.  The United States and Claimant Virginia Roacho agree that $56,839.31 of defendant All Funds Held in Ent Federal Credit Union Bank Account #22825 (totaling $130,839.31) will be forfeited to the United States pursuant to 21 U.S.C. § 881, and that the remaining $74,000.00 will be returned to claimant Virginia Roacho, through Brian Holland, Esq.

   c.  The United States and Claimant Virginia Roacho agree that defendant All Funds Held in Ent Federal Credit Union Bank Account #480822 (totaling

$32,206.40) will be forfeited to the United States in its entirety, pursuant to 21 U.S.C. § 881.

      d.  The Parties agree that upon entry of a Final Order of Forfeiture for the forfeited property described above, the United States will record Releases of Lis Pendens in the property records of El Paso County, Colorado for defendants 4922 Barnstormer's Avenue and 4636 Skylark Road, and that the United States shall have no further interest in the defendant real properties.

      e.  The United States and claimant Ent Federal Credit Union agree that this Settlement Agreement resolves all claims and issues between claimant Ent Federal Credit Union and the United States with respect to the defendant real properties.

      f.  A Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall issue as to all defendant property.

5.    As evidenced by the Parties' Settlement Agreement, all issues pertaining to the defendant property have been resolved, and the requirements of D.COLO.LR 7.1 have been met.

6.    The facts and verification as set forth in the Amended Complaint provide probable cause and an ample basis for a final judgment and order of forfeiture pursuant to 21 U.S.C. § 881 as to all defendant property.

WHEREFORE the United States moves this Court pursuant to 21 U.S.C. § 881 to enter a Final Order of Forfeiture in this case forfeiting the following defendant property in accordance with the terms and provisions of the Parties' Settlement Agreement, and to issue a Certificate of Reasonable Cause as to all defendant property pursuant to 28 U.S.C. § 2465:

  a.  $99,560.00 in United States Currency;

  b.  $56,839.31 of defendant All Funds Held in Ent Federal Credit Union Bank Account #22825; and

  c.  All Funds Held in Ent Federal Credit Union Bank Account #480822 (totaling $32,206.40).

Respectfully submitted this 26th day of July, 2011.

        JOHN F. WALSH
        United States Attorney

        By: s/ Tonya S. Andrews
        TONYA S. ANDREWS
        Assistant United States Attorney
        Seventeenth Street Plaza
        1225 17th Street, Suite 700
        Denver, Colorado  80202
        Phone:  (303) 454-0210
        Facsimile:  (303) 454-0402
        E-mail: Tonya.Andrews@usdoj.gov
        Attorney for Plaintiff

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 26th day of July, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

Brian K. Holland, Esq.
Brian@rechtkornfeld.com

Peter K. Susemihl, Esq.
Psusemihl@smmclaw.com

        s/ Raisa Pitman
        Office of the United States Attorney