**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 11-cv-00197-JLK-KLM**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**$99,560.00 IN UNITED STATES CURRENCY**,
**ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825**,
**ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822**,
**4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO**,
**4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO**.

       Defendants.

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before me on the United States' Unopposed Motion for Final Order of Forfeiture; having reviewed said Motion I FIND:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT claimant Ent Federal Credit Union, through counsel Peter M. Susemihl, Esq. has filed an Answer and Claim;

THAT claimant Virginia Roacho, through counsel Brian K. Holland, Esq. has filed a Verified Claim.

THAT the United States, claimant Ent Federal Credit Union, and claimant Virginia Roacho have reached a settlement in this case, and have filed a Settlement Agreement with the

Court resolving all issues in dispute;

THAT no other claims to the defendant property have been filed;

THAT upon agreement of the parties, claimant Virginia Roacho agrees to forfeit the following defendant property, which shall be forfeited to the United States pursuant to 21 U.S.C. § 881, and disposed of in accordance with law and the terms of the parties' Settlement Agreement:

    a. $99,560.00 in United States Currency;

    b. $56,839.31 of defendant All Funds Held in Ent Federal Credit Union Bank Account #22825; and

    c. All Funds Held in Ent Federal Credit Union Bank Account #480822 (totaling $32,206.40).

THAT upon agreement of the parties, the United States has agreed to return to claimant Virginia Roacho, $74,000.00 of defendant All Funds Held in Ent Federal Credit Union Bank Account #22825, and to record Releases of Lis Pendens for the two defendant real properties;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of the following defendant property shall enter in favor of the United States:

    a. $99,560.00 in United States Currency;

    b. $56,839.31 of defendant All Funds Held in Ent Federal Credit Union Bank Account #22825; and

    c. All Funds Held in Ent Federal Credit Union Bank Account #480822 (totaling

$32,206.40).

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the Parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant properties pursuant to 28 U.S.C. § 2465.

Dated: July 27, 2011          BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Judge