IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

       Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with the Final Order of Forfeiture entered by the Honorable Judge John L. Kane, and Rule 58(a) of the Federal Rules of Civil Procedure, the following FINAL JUDGMENT is hereby entered:

    1.    Forfeiture and full legal title to the following defendant property is hereby entered in favor of the United States:

        a. $99,560.00 in United States Currency;

        b. $56,839.31 of defendant All Funds Held in Ent Federal Credit Union Bank Account #22825; and

        c. All Funds Held in Ent Federal Credit Union Bank Account #480822 (totaling $32,206.40).

    2.    The United States may dispose of the above-described forfeited property in accordance with law.

DATED: July 27, 2011, at Denver, Colorado.

                GREGORY C. LANGHAM, CLERK

                By:   s/ Edward P. Butler
                        Edward P. Butler, Deputy Clerk