INDEX AS: Alfonso and Virginia Roacho, Grantors, and United States of America, Grantee

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

      Defendants.

---

### RELEASE OF LIS PENDENS

---

<u>NAME OF PURPORTED RECORD TITLE OWNER</u>: Alfonso and Virginia Roacho

PLEASE TAKE NOTICE that the United States of America, as plaintiff, hereby releases its Lis Pendens against the below-described property, which was recorded March 24, 2011 in the land records of El Paso County, Colorado at Reception Number 211029783:

    Real Property located at 4636 Skylark Road, Colorado Springs,

    Colorado which is more fully described as: Lot 21, Miller's

    Crossing Filing No. 3, County of El Paso, State of Colorado.

```
WAYNE W. WILLIAMS    El Paso County, CO
08/19/2011  03:54:58 PM
Doc  $0.00        Page
Rec  $16.00       1 of 2    211080781
```

Page 1 of 2

DATED this 2nd day of August, 2011.

                                                  Respectfully submitted,

                                                  JOHN F. WALSH
                                                  United States Attorney

                                        By: _____
                                                  TONYA S. ANDREWS
                                                  Assistant United States Attorney
                                                  1225 17th Street, Suite 700
                                                  Denver, Colorado 80202
                                                  Telephone: (303) 454-0100
                                                  FAX: (303) 454-0402
                                                  E-mail: Tonya.Andrews@usdoj.gov
                                                  Attorney for Plaintiff