INDEX AS: Virginia and Alfonso Roacho, Grantors, and United States of America, Grantee

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00197-JLK-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$99,560.00 IN UNITED STATES CURRENCY,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #22825,
ALL FUNDS HELD IN ENT FEDERAL CREDIT UNION BANK ACCOUNT #480822,
4922 BARNSTORMER'S AVENUE, COLORADO SPRINGS, COLORADO,
4636 SKYLARK ROAD, COLORADO SPRINGS, COLORADO,

    Defendants.

---

### RELEASE OF LIS PENDENS

---

<u>NAME OF PURPORTED RECORD TITLE OWNER</u>: Virginia and Alfonso Roacho

PLEASE TAKE NOTICE that the United States of America, as plaintiff, hereby releases its Lis Pendens against the below-described property, which was recorded March 24, 2011 in the land records of El Paso County, Colorado at Reception Number 211029784:

    Real Property located at 4922 Barnstormer's Avenue, Colorado Springs, Colorado, which is more fully described as: Lot 1, Barnstormer's Landing Filing No. 1, County of El Paso, State of Colorado.

```
WAYNE W. WILLIAMS    El Paso County, CO
08/19/2011  03:54:58 PM
Doc  $0.00      Page
Rec  $16.00     1 of 2      211080780
```

Page 1 of 2

DATED this 2nd day of August, 2011.

                                            Respectfully submitted,

                                            JOHN F. WALSH
                                            United States Attorney

                                        By: _/s/ Tonya S. Andrews_____
                                            TONYA S. ANDREWS
                                            Assistant United States Attorney
                                            1225 17th Street, Suite 700
                                            Denver, Colorado 80202
                                            Telephone: (303) 454-0100
                                            FAX: (303) 454-0402
                                            E-mail: Tonya.Andrews@usdoj.gov
                                            Attorney for Plaintiff